IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JIMMY LEE CRAWFORD,** Administrator of the Estate of Jamal Crummel, Deceased, :<br><br>**Plaintiff** :<br><br>v. :<br><br>**DAUPHIN COUNTY,** *et al.*, :<br><br>**Defendants** : | CIVIL ACTION NO. 1:23-CV-1380<br><br>(Judge Conner) |

## **ORDER**

AND NOW, this 18th day of January, 2024, upon consideration of plaintiff Jimmy Lee Crawford's motion (Doc. 43) to stay proceedings for forty days to facilitate the substitution of plaintiff's counsel and a brief investigation, in which all parties concur, and further upon consideration of the pending motions (Docs. 24, 25, 27, 28, and 37) to dismiss, it is hereby ORDERED that:

1. Crawford's motion (Doc. 43) is GRANTED. This matter is STAYED pending further order of the court.

2. Defendants' motions (Docs. 24, 25, 27, 28, and 37) to dismiss are held in abeyance and administratively terminated for statistical purposes only, without prejudice to reinstatement thereof upon the lifting of the stay.

3. The parties shall file a joint status report regarding their readiness to proceed on or before **Monday, February 26, 2024**.

4. Crawford shall respond to the pending motions to dismiss within 14 days of the date of the court's order lifting the stay.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania