UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JIMMY LEE CRAWFORD, as Administrator of the ESTATE OF JAMAL CRUMMEL, deceased,** | **CIVIL ACTION** |
| *Plaintiff,*<br>v. | No: 1:23-cv-01380-CCC |
| **DAUPHIN COUNTY,** *et al.,* | |
| *Defendants.* | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance as co-counsel for Plaintiff in the above captioned action.

**KLINE & SPECTER, PC**

By: _____
BENJAMIN O. PRESENT, ESQ.
Attorney ID: 322682
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-2479
benjamin.present@klinespecter.com

*Attorney for Plaintiff*

Date:  January 19, 2024