UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JIMMY LEE CRAWFORD, AS ADMINISTRATOR OF THE ESTATE OF JAMAL CRUMMEL, DECEASED,**<br><br>**PLAINTIFF**<br><br>v.<br><br>**DAUPHIN COUNTY, ET. AL,**<br><br>**DEFENDANTS** | No. 1:23-cv-01380-CCC<br><br>*Electronically Filed Document* |

**MOTION TO WITHDRAW AS COUNSEL FOR ATTORNEY LETICIA CONCEPCION CHAVEZ-FREED, ESQ.**

Plaintiff's Counsel, LETICIA C. CHAVEZ-FREED, ESQ. moves before this court for an order relieving her and her firm, CHAVEZ-FREED LAW OFFICE, as attorney of record for JIMMY LEE CRAWFORD, plaintiff.

Grounds for Relief

The grounds for the motion are that:

1. Because revealing the facts on which this motion is based would involve disclosure of client confidences, the undersigned attorney represents and certifies to the court that good grounds for withdrawal exist.

2. The client is in favor of this withdrawal.

3. Plaintiff Jimmy Lee Crawford has new Counsel, who have already entered their appearances.

4. All Defense Counsel concurs in said motion.

**WHEREFORE**, Plaintiff and Plaintiff's Attorney, Leticia C. Chavez-Freed, Esq. Respectfully Requests this Honorable Court to grant the withdrawal of Attorney Chavez-Freed from this case.

Respectfully Submitted,

/s/ Leticia C. Chavez-Freed
Leticia C. Chavez-Freed, Esq.
PA Bar ID 323615
2600 N. 3rd Street, Floor 2
Harrisburg, PA. 17110
(717) 893-5698
leticia@chavez-freedlaw.com