IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY LEE CRAWFORD, AS ADMINISTRATOR OF THE ESTATE OF JAMAL CRUMMEL, DECEASED | : : : | |
| Plaintiff | : : | CIVIL ACTION |
| v. | : : | NO. 1:23-CV 01380 |
| DAUPHIN COUNTY    and PRIMECARE MEDICAL, INC.    and WARDEN GREGORY BRIGGS    and CEO THOMAS WEBBER, ESQUIRE    and CORPORATE MEDICAL DIRECTOR, JOHN DOE    and MEDICAL PROVIDERS KATIE MCGINN, JESSICA NYE, AUTUMN BRENNAN, EMT, ISAAC MOHR, CHEREE SULTZBACH, LAURI CASE, PMHNP-BC, GARRETT ROSAS, PsyD, SHADE CRAWFORD, PA, MELISSA LEHMAN, RN, TIA DRABICH, ADDONNA THOMAS, LPN, JOCELYN GRUBE, LPN, KAYLA ZEIDERS-HEICHEL, LPN, MALLORY STOKES, LPN, MICHELLE MYERS, NOCOLE MAGWOOD, LPN, SUSAN DELOE, LPN, ADRIENNE FREEMAN, NP, NICOLE GALLUP, | : : : : : : : : : : : : : : : : : : : : : | JURY TRIAL DEMANDED |

| | |
|---|---|
| CARLA ROTHERMAN, ENOS MARTIN MD, DIANE WOLFE, RN-HAS, TYKEISHA METZ, MA, JOHANNA REIDEL, MA, STEPHANIE DIETZ, RN, ROBERT NICHOLS, PSY.D., KATHRYN SCIOTTI, CMA, MILDRED MONTALVO, MA, CLAUDIA JURADO, DIANA CORNEJO, MARK HANEY, LESLIE IRONS, LPN, SHAYNE GOODMAN, KENNEDY CORLISS, SHARON CHRISTIE, SEC/MA, BELINDA CALHOUN, LPN, MARIELLE RITCHIE ANNA BORDNER, LPN, RYAN SCHMUCK, RN, EUGENIA FRANKLIN, LPN, TASHAWANA GORDON, MA, JOHN/JANE DOES #1-10, Defendants | : : : : : : : : : : : : : : : : : : |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Murray J. Weed on behalf of Defendants Dauphin County and Warden Gregory Briggs, only relative to the above-referenced matter.

Respectfully submitted,

Lavery Law

DATE: June 26, 2025     By:   /s/ Murray J. Weed
                              Murray J. Weed, Esquire
                              Atty. No. 329717
                              225 Market Street, Suite 304
                              Harrisburg, PA 17101-2126
                              (717) 233-6633 Telephone

(717) 233-7003 Facsimile
mweed@laverylaw.com
Attorneys for Dauphin County and Warden Gregory Briggs, only

## CERTIFICATE OF SERVICE

I, Alana R. Humphrey, an employee with the law firm of Lavery Law, do hereby certify that on this 26th day of June, 2025, I served a true and correct copy of the foregoing Withdrawal of Appearance via ECF, on all counsel of record:

*/s/ Alana R. Humphrey*
Alana R. Humphrey
Legal Assistant

This document has also been electronically filed and is available for viewing and downloading from the ECF system.