**KLINE & SPECTER PC**

ATTORNEYS AT LAW

THE NINETEENTH FLOOR
1525 LOCUST STREET
PHILADELPHIA, PENNSYLVANIA 19102

---

215-772-1000

Benjamin O. Present, Esquire
Direct Dial (215) 772-2479
Direct Fax:(215) 792-5589
Benjamin.present@klinespecter.com

August 28, 2025

**Via Electronic Filing:**
United States District Court
Middle District of Pennsylvania
Honorable Keli M. Neary
Sylvia H. Rambo
United States Courthouse
1501 North 6th Street, Suite 101
Harrisburg, PA 17102

> **Re:** **_Jimmy Lee Crawford, Administrator of the Estate of Jamal Crummel, Deceased v. Dauphin County, et al._**
> **_Civil Docket No. 1:23-cv-01380-KMN_**

Dear Judge Neary,

      Plaintiff respectfully brings to the Court's attention that Defendants' two Motions to Dismiss the Second Amended Complaint have been fully briefed since May 6, 2024 and have now been pending for more than fifteen months. In the interest of the "just, speedy, and inexpensive" resolution of this action, *see* Fed. R. Civ. P. 1, Plaintiff respectfully requests that the Court issue a decision or, in the alternative, set the Motions for oral argument at the Court's earliest convenience, ideally within sixty (60) days. The continued pendency of these dispositive Motions materially impacts case management, discovery planning, and settlement posture.

      Respectfully,

*/s/ Benjamin O. Present*
Benjamin O. Present, Esquire

BOP/rc

Cc: All counsel of record